### Clyde WRIGHT v. STATE.
### No. 17270.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

Bozeman & Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for operating a motor vehicle on a public highway while appellant was intoxicated; punishment assessed being one year in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and at his request the same is dismissed.